**Order entered January 11, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-21-01174-CR**
**No. 05-21-01175-CR**
**No. 05-21-01176-CR**

**RONALD AUSTIN ROBERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F20-12217-M, F20-22292-M & F20-22365-M**

**ORDER**

Appellant filed a timely pro se notice of appeal in these appeals. We **ORDER** the trial court to conduct a hearing to determine whether appellant is indigent and entitled to court-appointed counsel in these appeals. If the trial court finds that appellant is entitled to court-appointed counsel, we **ORDER** the trial court to appoint an attorney to represent appellant in the appeals. If the trial court finds that appellant is not entitled to court-appointed counsel, the trial court shall

determine whether appellant will retain counsel to represent him in the appeals and, if so, the name, State Bar number, and contact information for retained counsel.

We **ORDER** the trial court to transmit any record of the hearing on counsel, including findings of fact, any orders, and any supporting documentation, to this Court within **THIRTY DAYS** of the date of this order.

We **ORDER** District Clerk Felicia Pitre to file supplemental clerk's records containing the appointment of counsel within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; to Felicia Pitre, Dallas County District Clerk; to Belinda Baraka, court reporter, 194th Judicial District Court; to Christina O'Neil, Chief Judicial Staff Counsel; and to the Dallas County District Attorney's Office, Appellate Division.

We **ABATE** the appeals to allow the trial court an opportunity to comply with this order. They will be reinstated when the supplemental clerk's records are filed, the Court is notified that appellate counsel has been appointed, or the Court deems it appropriate to reinstate.

/s/     LANA MYERS
JUSTICE